IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Douglas E. Tkocs, | ) | |
| *Debtor* | ) | Case No. 23-22076 JCM |
| | ) | Chapter 13 |
| Douglas E. Tkocs, | ) | |
| *Movant* | ) | Related to:  Document No. 10 |
| | ) | |
| No Respondents | ) | |

## ORDER OF COURT

AND NOW, to wit, this  16th  day of _____ October _____, 2023, it is hereby

ORDERED, ADJUDGED and DECREED, that the debtor, Douglas E. Tkocs, is hereby

granted an extension until October 27, 2023 to file a completed Chapter 13 petition and

plan.

_____

John C. Melaragno, Judge  glb
United States Bankruptcy Court

SIGNED
10/16/23 9:52 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                          Case No. 23-22076-JCM

Douglas E. Tkocs                                                                Chapter 13

   Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                    User: auto                              Page 1 of 2

Date Rcvd: Oct 16, 2023                 Form ID: pdf900                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2023:**

**Recip ID              Recipient Name and Address**
db                 +   Douglas E. Tkocs, 4033 Donna Ave., West Mifflin, PA 15122-1907

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2023                      Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2023 at the address(es) listed
below:**

**Name                        Email Address**

Brian Nicholas
                              on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, in trust for registered Holders of Long Beach Mortgage
                              Loan Trust 2004-2, Asset-Backed Certificates, Series 2004-2 bnicholas@kmllawgroup.com

Kenneth Steidl
                              on behalf of Debtor Douglas E. Tkocs julie.steidl@steidl-steinberg.com
                              ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@st
                              eidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Keri P. Ebeck
                              on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
                              jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Office of the United States Trustee
                              ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

District/off: 0315-2                                     User: auto                                          Page 2 of 2

Date Rcvd: Oct 16, 2023                                 Form ID: pdf900                                      Total Noticed: 1

cmecf@chapter13trusteewdpa.com

TOTAL: 5